# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Michael B. Kratville,                               Civil No. 17-cv-5209 (MJD/TNL)


                    Petitioner,

v.

                                                                 **ORDER**

Warden of Federal Prison Camp –
Duluth, Minnesota,

                    Respondent.

---

Based upon the Report and Recommendation by United States Magistrate

Judge Tony N. Leung dated August 31, 2018 [Doc. No. 39], along with all the files

and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that:

1.      Petitioner Michael B. Kratville's petition for a writ of habeas corpus

        [Doc. No. 1] is **DENIED**.

2.     Kratville's motion to seal [Doc. No. 37] is **GRANTED**, with the

docket restrictions already imposed remaining in place.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date:   November 27, 2018                    s/ Michael J. Davis_____
                                            Michael J. Davis
                                            United States District Court